[No. 46419-5-II.   Division Two.   September 29, 2015.]

CHEHALIS SHEET METAL & ROOFING, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-2-00549-1, David L. Edwards, J., entered May 28, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa and Sutton, JJ.

[No. 46656-2-II.   Division Two.   September 29, 2015.]

KIMBERLY G. LUVAAS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-2-01048-1, Erik S. Rohrer, J., entered August 13, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 46860-3-II.   Division Two.   September 29, 2015.]

*In the Matter of the Personal Restraint of* LARRY LOUIS ANTHONY DAVIS, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Melnick and Sutton, JJ.

[No. 31433-2-III.   Division Three.   September 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TERREK TREMAIN CORBIN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-00711-7, Ruth E. Reukauf, J., entered December 27, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.